ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Pranam Global Tech, Inc. | ) ASBCA No. 62316 |
| | ) |
| Under Contract No. FA4654-17-C-0002 | ) |

APPEARANCE FOR THE APPELLANT:  Don W. Blevins, Esq.
  Blevins Sanborn Jezdimir Zack PLC
  Detroit, MI

APPEARANCES FOR THE GOVERNMENT:  Jeffrey P. Hildebrant, Esq.
  Air Force Deputy Chief Trial Attorney
  Kyle E. Gilbertson, Esq.
  Michael J. Farr, Esq.
  Trial Attorneys

ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: February 18, 2021

_____
MARK A. MELNICK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62316, Appeal of Pranam Global Tech, Inc., rendered in conformance with the Board's Charter.

Dated: February 18, 2021

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals